1  DAVID C. CAPELL (SBN: 114691)
   dcapell@gordonrees.com
2  QUYEN THI LE (SBN: 271692)
   qle@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   THE PRINCETON EXCESS AND SURPLUS
7  LINES INSURANCE COMPANY

FILED
CLERK, U.S. DISTRICT COURT
09/28/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C., an individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, a Corporation<br><br>　　　　Defendant. | CASE NO. 2:16-cv-06314-DMG-RAO<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

The Court having reviewed the stipulation between Plaintiff M.C. and Defendant The Princeton Excess and Surplus Lines Insurance Company requesting the entry of a Stipulated Protective Order, filed on September 28, 2016, Docket No. 11, the Court approves of the parties' Stipulated Protective Order.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Dated: September 28, 2016            _____
                                     Hon. Rozella A. Oliver
                                     Magistrate Judge
                                     United States District Court
                                     Central District of California

-1-
[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER