# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| M.C., an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: CV 16-6314-DMG (RAOx)<br><br>**ORDER RE DISMISSAL [43]** |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice. All scheduled dates and deadlines are VACATED.

DATED: October 2, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE